# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Adam Jensen | No. CV-25-00178-TUC-JEM |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Plaintiff having filed a Notice of Voluntary Dismissal Without Prejudice (Doc. 33),

**IT IS HEREBY ORDERED DENYING AS MOOT** Plaintiff's Application to Proceed In Forma Pauperis and Plaintiff's motion to set aside (Doc. 4, 21) and **DIRECTING** the Clerk of the Court to terminate the Report and Recommendation (Doc. 15).

**IT IS FURTHER ORDERED DISMISSING** the above captioned matter without prejudice and **DIRECTING** the Clerk of the Court to close this case.

Dated this 27th day of May, 2025.

Honorable Raner C. Collins
Senior United States District Judge